AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

T.W.
           Plaintiff,

v.

SPOKANE COUNTY and OZZIE D. KNEZOVICH,
           Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-371-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants are awarded judgment against the Plaintiff on his ex post facto claim pursuant to the Order Granting Motion for Summary Judgment entered on March 12, 2009, Ct. Rec. 26.

| | |
|---|---|
| March 12, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |