UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.W., <br><br> Plaintiff, <br><br> vs. <br><br> SPOKANE COUNTY and OZZIE D. KNEZOVICH, <br><br> Defendants. | No. CV-07-371-LRS <br><br> **ORDER OF DISMISSAL** |

Pursuant to the opinion of the Ninth Circuit Court of Appeals (Ct. Rec. 37), and the mandate subsequently issued in conjunction therewith (Ct. Rec. 38), the captioned action is hereby **DISMISSED** as moot and this file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Executive shall forward copies of this order to counsel of record.

**DATED** this ___22nd___ of July, 2010.

*s/Lonny R. Suko*
―――――――――――――――――
LONNY R. SUKO
Chief United States District Judge

**ORDER OF DISMISSAL-**            **1**